McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ANTONIO CARRANZA-ROMERO,<br><br>　　　　　Defendant. | MAG. No. 03-0276 DAD<br><br>MOTION TO DISMISS EXTRA COMPLAINT and<br>ORDER DISMISSING EXTRA COMPLAINT |

　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, requests that the Court file an order dismissing the criminal complaint against Antonio Carranza-Romero, filed on November 21, 2003, under **MAG No. 03-276 DAD.**

　　　On June 16, 2005, Carranza-Romero was taken into custody on the basis of an arrest warrant issued by this Court in 2003. On or about that date, Special Agent Mark Harris of Immigration & Customs Enforcement ("ICE") filed a new complaint regarding Carranza-Romero, which opened a second case, MAG No. 05-0176 PAN, in the name of Romero-Carranza.

　　　Special Agent Roger Moore of ICE confirmed that the same defendant is named in both MAG No. 03-0276 and MAG No. 05-0176.

1

1 | This office is currently prosecuting Mr. Romero-Carranza under MAG
2 | No. 05-0176, not MAG No. 03-0276.
3 |     Wishing to avoid redundancy, the United States therefore
4 | requests that the Court dismiss the complaint filed against
5 | Antonio Carranza-Romero on November 21, 2005, under MAG No. 03-
6 | 0276.  Defendant is currently in the custody of the U.S. Marshals,
7 | awaiting disposition of the case filed under MAG No. 05-0176,
8 | which the Court subsequently re-designated as CR S-05-0253 DFL.

DATED: August 1, 2005                    McGREGOR W. SCOTT
                                         United States Attorney


                                    By _/s/ Michael M. Beckwith_
                                         MICHAEL M. BECKWITH
                                         Assistant U.S. Attorney



O R D E R

APPROVED AND SO ORDERED:

DATED: August 4, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/carranza-romero0276.ord

2